UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORIO MURGUIA, | ) | NO. CV 06-5087-ODW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DERRICK L. OLLISON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 6, 2008.

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE